DISTRICT OF OREGON: ss,                          AFFIDAVIT OF BOBBY GUTIERREZ

### Affidavit in Support of a Criminal Complaint and Arrest Warrant

I, Bobby Gutierrez, being first duly sworn, hereby depose and state as follows:

### Introduction and Agent Background

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since January 2021.  I am currently assigned to the FBI's Portland Division and am part of the Transnational Organized Crime and Violent Gang Squad.  I presently work a variety of criminal and national security matters, including the investigation of violent crimes, gangs, and narcotics, and the apprehension of federal fugitives.  During my 21-week training at the FBI Academy in Quantico, Virginia, I received training in a variety of investigative and legal matters, including the topics of Fourth Amendment searches, the drafting of search warrant affidavits, and probable cause.  In my current area of responsibility, I work with law enforcement officers who have experience and training in investigating coded communication involving the distribution of controlled substances and gang affiliations.  I have used this training and experience, as well as the training and experience of other law enforcement officers familiar with this investigation, to demonstrate how these criminal enterprises plan, organize, and carry out criminal activity.

2.      Prior to being employed with the FBI, I was a Licensed Master Social Worker (LMSW) in the state of Arizona for approximately six years.  As a LMSW, I was responsible for creating and implementing target treatment plans for court-ordered criminal offenders with a chronic history of substance use disorders, domestic violence, and child abuse.  In addition to my employment as an LMSW, I was a behavioral health consultant for Medicare/Medicaid and oversaw medical and mental health treatment for patients residing in assisted living homes and

**Affidavit of Special Agent Bobby Gutierrez**                                    **Page 1**

skilled nursing facilities.  As a consultant, I was responsible for auditing medical treatment plans, levels of care, and medications to include psychotropic and Schedule II narcotic pain medications.

3.    This affidavit is based upon a joint investigation conducted by the Portland Police Bureau (PPB) Focused Intervention Team (FIT) and the FBI.

## Applicable Law

4.    This affidavit is submitted to support a criminal complaint and arrest warrant for **PHAIVAN SOURIVONG**, a male, date of birth 01/xx/1982 (hereinafter referenced as "**SOURIVONG**") for committing the felony crimes of:

- Possession with Intent to Distribute 50 grams or more of a Mixture and Substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(viii); and

- Felon in Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

5.    I have obtained the facts set forth in this affidavit from written reports of other law enforcement officers and from records, documents and other evidence obtained during this investigation.   I have obtained and read the official reports prepared by law enforcement officers participating in this investigation and in other related investigations.

## Statement of Probable Cause

6.    On May 29, 2026, at approximately 6:38 p.m., members of PPB FIT (hereinafter "Officers") were patrolling the area NE Milton Street and NE 82nd Avenue, in Portland, Oregon, when they observed a black Mercedes-Benz at NE Milton waiting to turn onto 82nd Avenue.  The Officers know this area as a high vice area where shootings, drugs, and prostitution are prevalent.

**Affidavit of Special Agent Bobby Gutierrez** **Page 2**

Officers noticed the black Mercedes (hereinafter "Target Mercedes") did not have its blinker on prior to and while making a southbound turn onto 82nd Avenue.  Officers then turned their unmarked patrol vehicle around to get behind the Target Mercedes.  As Officers followed the Target Mercedes, they observed the driver and sole occupant of the car, who then began to accelerate away southbound on 82nd Avenue at a high rate of speed and, in doing so, failed to maintain the lane of travel.

7.      Shortly thereafter, Officers activated their overhead lights and sirens to initiate a traffic stop of the Target Mercedes in the area of NE Tillamook and 82nd Avenue.  The Target Mercedes did not stop but rather turned west onto NE Schuyler and again accelerated away at a high rate of speed.  Officers pursued the Target Mercedes as it was driving down the middle of the street on NE Schuyler.  NE Schuyler transitioned from a paved road into a gravel road, and, when the Target Mercedes hit the gravel part of the road, it created a large dust cloud, causing the Officers to slow down due to safety concerns as it briefly obscured their vision.  As Officers got to the area where the gravel part of the road started, they saw that the Target Mercedes had crashed into some blackberry bushes next to the road, the passenger door of the vehicle was ajar, and no one was in the vehicle.  Below is an image of the crashed Target Mercedes:



*Target Mercedes located near NE 77th Ave / NE Jonesmore Street, Portland.*

**Affidavit of Special Agent Bobby Gutierrez**                                          **Page 3**

8.      Once on scene, Officers contacted a nearby resident who said they saw a male running from the area where the Target Mercedes had crashed.  Based upon this information Officers set up perimeter in the residential area in an attempt to locate the driver.  Shortly thereafter, an Officer maintaining a perimeter location in the area of NE 76th Street observed an adult male, later identified as **SOURIVONG**, come running out of the residential block. **SOURIVONG** saw the Officer and turned around and ran back into the backyard of the residence from which he had come.  Moments later **SOURIVONG** walked back out from the backyard with his hands in the air as the property owner's father was walking behind **SOURIVONG** while holding a shovel.  At this point, Officers placed **SOURIVONG** in custody.

9.      An Officer involved in the initial pursuit of **SOURIVONG** went to the custody location and confirmed that **SOURIVONG** was the driver and sole occupant of the Target Mercedes.

10.     While Officers started to search the path that **SOURIVONG** fled, other Officers began an inventory of the Target Mercedes because it was a hazard after crashing and had been involved in the crime of eluding the police.  On the front passenger side of the vehicle, Officers located a bulbous glass pipe, stuffed inside a white fabric bag, that contained suspected drug residue.  Inside the vehicle Officers also located a light gray zipped bag with the word "PERKINS" written on the front.  Inside the bag Officers found eight (8) individually wrapped bags containing a white crystalline substance; a circular container containing a white crystalline substance; a large gallon-sized clear plastic bag containing a white crystalline substance; an electronic scale with white residue on the surface; and 13 9mm rounds of ammunition.  Below is an image of the bag showing the suspected narcotics and digital scale:

**Affidavit of Special Agent Bobby Gutierrez**                                    **Page 4**

 

11.    Other Officers conducted a search of the route they believed **SOURIVONG** ran when he fled the Target Mercedes to the area where he was taken into custody.  Inside the backyard of a residence along this route, an Officer observed a black "Ripcity" jacket with a bright red interior and a black chest rig-style bag with multiple zippered pockets.  The Officer believed the two items were out of place lying there on the ground, as there was nothing else around them that was related to clothing or apparel in any way.  These items were seized.  A subsequent search of the black bag revealed a loaded Sig Sauer P365 9mm semi-automatic pistol, with serial number 66F931571, which was found inside of a holster.  Below are some images of the above:

 

**Affidavit of Special Agent Bobby Gutierrez**                                    **Page 5**

12.     **SOURIVONG** was advised of his constitutional *Miranda* rights and he told the Officers that he understood his rights.  On **SOURIVONG**, Officers located his wallet and an Oregon identification card.  Officers then ran **SOURIVONG**'s name in their mobile data terminal and learned he had an outstanding state arrest warrant.  **SOURIVONG** was interviewed and told the Officer he had a warrant and that is why he ran.  **SOURIVONG** also confirmed that the Target Mercedes was his and he had just purchased it.  **SOURIVONG** also told the Officers the general direction he ran after crashing his car.  When asked about the drugs found in the car, **SOURIVONG** said he did not want to talk any more.

13.     The suspected narcotics were taken to PPB's Central Precinct to weigh and field test.  Officers field tested samples of the suspected methamphetamine using a MobileDetect test kit and received a presumptively positive result for methamphetamine, a Schedule II controlled substance.  I have found MobileDetect to be a reliable way to field test controlled substances, with subsequent forensic analysis regularly confirming the initial results.  The seized methamphetamine had a combined approximate weight of 157.8 grams, to include packaging.  Below is an image of some of the items mentioned above:



**Affidavit of Special Agent Bobby Gutierrez**                                 **Page 6**

14.    **SOURIVONG** was subsequently lodged at the Multnomah County Detention Center.  A law enforcement database search of **SOURIVONG**'s criminal history revealed that he has previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: on or about July 27, 2022, in Multnomah County Circuit Court, State of Oregon, Case Number 21CR38383, **SOURIVONG** was convicted of Felon in Possession of a Weapon, for which he received a sentence of 15 months' imprisonment, and Unlawful Possession of Methamphetamine – Commercial Drug Offense, for which he received a sentence of 20 months' imprisonment.

15.    A Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives performed a firearm trace of the Sig Sauer P365 9mm semi-automatic pistol, with serial number 66F931571, that was recovered in this case and determined that the firearm was not manufactured in Oregon and thus had traveled in interstate and/or foreign commerce prior to arriving here.  The firearm was also reported stolen.

16.    I am very familiar with methamphetamine.  I also know from training and experience that methamphetamine in its illicit form is a highly addictive stimulant that causes both short-term and long-term psychiatric effects.  Because methamphetamine is a very potent stimulant, users of methamphetamine run the risk of seizures, elevated blood pressure, stroke, and death.  I also know, based upon my training and experience, that methamphetamine is typically used in quantities of one-tenth (.1) to one-quarter (.25) of a gram, either intravenously or more commonly by being smoked.  I know a gram of methamphetamine on the street can sell for around $10 to $20 and that users typically buy only a couple to several grams at a time.  Accordingly, I know that a person possessing more than 25 grams of methamphetamine does not possess it for personal use but rather such a quantity indicates that it is possessed for purposes of further distribution.  I also know that, since drugs are typically sold based upon their weight, drug dealers

**Affidavit of Special Agent Bobby Gutierrez**                                      **Page 7**

typically prepackage drugs for sale and/or possess a scale so that they can weigh their drugs prior to sale.

17.    I also know that firearms are common "tools of the trade" for drug dealers. I have been involved in numerous drug missions targeting drug dealers operating in Portland where firearms have been recovered, and I have also talked with other investigators who have also been involved in similar missions where firearms have been recovered. Drug dealing is a dangerous business, and I know from my training and experience that drug traffickers possess firearms in furtherance of their drug trafficking activities for a variety of reasons, to include: having a firearm provides defense against anyone who may attempt to rob the trafficker of their drugs or drug profits; possessing a firearm, and letting everyone know that you are armed, lessens the chances that a robbery will even be attempted; having a firearm accessible during a transaction provides protection in case a drug deal turns sour; the visible presence of a firearm during the transaction may prevent the deal from turning sour in the first place; and, having a firearm may allow the drug trafficker to defend the "turf" area from which lower-level dealers operate for the trafficker.

## Conclusion

18.    Based on the foregoing, I have probable cause to believe, and I do believe, that **SOURIVONG** has committed the felony crimes of:

- Possession with Intent to Distribute 50 grams or more of a Mixture and Substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(viii); and

- Felon in Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**Affidavit of Special Agent Bobby Gutierrez**                                    **Page 8**

19.    I therefore request that the Court issue a criminal complaint and arrest warrant for

**SOURIVONG**.

20.    Prior to being submitted to the Court, this affidavit, the accompanying complaint, and the arrest warrant were all reviewed by United States Attorney Scott E. Bradford.  U.S. Attorney Bradford advised me that in his opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

_By phone pursuant to Fed R. Crim. P. 4.1_
Bobby Gutierrez, Special Agent
Federal Bureau of Investigation

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 8:48 am  on July 17, 2026.

_Youlee Yim You_
HONORABLE YOULEE YIM YOU
United States Magistrate Judge

**Affidavit of Special Agent Bobby Gutierrez**                                    **Page 9**